JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAND Q, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHENGZHOU EUROPAC NECKWEAR CO., LTD., a Chinese limited company; SHENGZHOU YIHONG IMPORT & EXPORT CO., LTD., a Chinese limited company; and DOES 1–10, <br><br> Defendant. | Case No. 2:22-cv-02647-MCS-JDE <br><br> **JUDGMENT** |

Pursuant to the Court's Order Denying Ex Parte Application and Dismissing Case, it is ordered, adjudged, and decreed that this case is dismissed without prejudice. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: November 7, 2022

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE